UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DARRYL GRAY,

                Petitioner,

   -against-

ROBERT ERCOLE, Superintendent,
Green Haven Correctional Facility,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
08-CV- 3300 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 2 2008 ★

BROOKLYN OFFICE

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on November 25, 2008, denying petitioner's petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
         December 01, 2008

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court